Judge Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PEDRO SALAMANCA-LOPEZ, <br> a/k/a Pablo Salamanca-Lopez, <br> a/k/a Burro Prieto, and <br> ARTURO BARBOSA-MATA, <br><br> Defendants. | NO. CR05-5090RBL <br><br> ORDER CONTINUING <br> TRIAL DATE |

THIS MATTER came before the Court upon the motion of the defendants, PEDRO SALAMANCA-LOPEZ, and his attorney Michael Schwartz, ARTURO BARBOSA-MATA, and his attorney, Charles Johnston requesting an Order granting a continuance of the trial date. The United States, by and through John McKay, United States Attorney for the Western District of Washington, and Sarah Y. Vogel, for said district, filed a response agreeing with a limited continuance of the trial date for up to 30 days if both defendants filed waivers of speedy trial. Having considered all the files and records herein,

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(i) that failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.

Order Continuing Trial Date/U.S. v. Salamanca-Lopez - 1
CR05-5090RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv), that failure to grant the continuance in this case, which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny counsel for the defendants the reasonable time necessary for effective preparation, due to counsels' need for more time to review the evidence and consider possible defenses, and to find and interview potential witnesses, including a possible alibi witness, taking into account the exercise of due diligence;

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7), that this is a reasonable period of delay in that the defendants are joined for trial and no motion for trial has been granted, and both defendants have requested more time to prepare for trial, and defendant Arturo Barbosa Mata has filed a waiver of speedy trial excluding all time from the old trial date of June 13, 2005 to the new trial date of September 26, 2005.

THIS COURT FINDS, therefore, that pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice will best be served by a continuance, and that they outweigh the best interests of the public and the defendants in a speedy trial.

THIS COURT FURTHER FINDS that all of the additional time requested between the original trial date of June 13, 2005, and the new trial date of September 26, 2005 is necessary to provide counsel for the defendants the reasonable time necessary to prepare for trial.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be continued until September 26, 2005, at 9:30 a.m., with a pretrial conference on September 20, 2005, at 9:00 a.m., and that the date within which the pretrial motions are due is continued to August 1, 2005. The time between this date and the new trial

//
//
//
//

1  date is excluded in computing the time within which a trial must be held pursuant to
2  Title 18, United States Code, Section 3161, et. seq.
3          DATED this 7th of June, 2005.

                                    RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE

Presented by:


s/Sarah Y. Vogel
SARAH Y. VOGEL
Assistant United States Attorney



s/Matthew H. Thomas
MATTHEW H. THOMAS
Assistant United States Attorney



s/Michael Schwartz *
MICHAEL SCHWARTZ
Counsel for defendant Salamanca-Lopez
*telephonic approval



s/Charles Johnston *
CHARLES JOHNSTON
Counsel for defendant Barbosa-Mata
*verbal approval

Order Continuing Trial Date/U.S. v. Salamanca-Lopez - 3
CR05-5090RBL